PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Samuel Acchione     Cr.: 08-CR118-01
                                       PACTS #: 50714

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg

Date of Original Sentence: 05/19/08

Original Offense: Frauds and Swindles

Original Sentence: 17 months custody; 3 years of Supervised Release; Drug Testing; Alcohol treatment; Mental Health; DNA; Financial Disclosure; No New Debt; Occupational Restrictions and $199,280 in Restitution

Type of Supervision: TSR     Date Supervision Commenced: 09/16/09

## STATUS REPORT

U.S. Probation Officer Action:

On September 16, 2009, the offender began his 36-month term of supervised release. The offender was transferred to our low intensity caseload on April 26, 2011.

Mr. Acchione currently resides in Mount Laurel, New Jersey. The offender has been retired since 2007 and is working at Sherwin Williams since 2011. The Court ordered the offender to pay $1,000 a month to satisfy his financial obligation but on February 17, 2010, the Court approved the payment to be lowered to $250 a month. We believe that Mr. Acchione has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $7,025 toward his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Acchione's term of supervision to expire as scheduled on September 15, 2012.

Respectfully submitted,

By: Patricia C. Jensen
    U.S. Probation Officer Assistant
Date: August 28, 2012

[X] Concur with the recommendation of the U.S. Probation Office
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

8/29/12
Date